225 U.S. 703, 32 S.Ct. 836

### CHOEMON KI KUCHI, Claimant, etc., Petitioner, v. UNITED STATES.

No. 1036.

Supreme Court of the United States.

April 15, 1912.

See same case below, 111 C.C.A. 282, 190 F. 450.

Mr. A. R. Serven, for petitioner.

The Attorney General and the Solicitor General for respondent.

Denied.